UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 10, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MICHAEL CLARK OLD, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(B)(ii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Five Hundred Grams or More |
| | : | of Cocaine) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm during a Drug Trafficking |
| | : | Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a |
| | : | Person Convicted of a Crime Punishable |
| | : | by Imprisonment for a Term Exceeding |
| | : | One Year) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C); |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about December 10, 2021, within the District of Columbia, **MICHAEL CLARK OLD**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

>  (**Unlawful Possession with Intent to Distribute Five Hundred Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

## COUNT TWO

On or about December 10, 2021, within the District of Columbia, **MICHAEL CLARK OLD**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Glock 23 .40 caliber semi-automatic handgun, serial # GUM538, and a Glock 22 .40 caliber semi-automatic handgun, serial # KTZ253.

>  (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT THREE

On or about December 10, 2021, within the District of Columbia, **MICHAEL CLARK OLD**, knowing he/she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court of Cecil County, Maryland, Criminal No. 07-CR-19-000640, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 .40 caliber semi-automatic handgun, serial # GUM538, and a Glock 22 .40 caliber semi-automatic handgun, serial # KTZ253, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, proceeds stemming from Count One, including approximately $35,100 in U.S. Currency.

2.      Upon conviction of the offense alleged in Count Two and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 23 .40 caliber semi-automatic handgun, serial # GUM538, and a Glock 22 .40 caliber semi-automatic handgun, serial # KTZ253.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;
   (b)   has been transferred or sold to, or deposited with, a third party;
   (c)   has been placed beyond the jurisdiction of the Court;
   (d)   has been substantially diminished in value; or
   (e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Matthew M. Graves
Attorney of the United States in
and for the District of Columbia.