UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. 1-21-cr-00732-(RBW) |
| : | |
| MICHAEL OLD : | |
| : | |
| _____: | |

**JOINT MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The parties hereby move this Court to continue the scheduled status hearing in the above-captioned proceeding, and further to exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161. In support of this motion, the parties state as follows:

1. Mr Old is before the Court charged by Indictment with violations of 21 U.S.C. § 841(a)(1) and § 841 (b)(1)(B)(II); 18 U.S.C. § 924 (c)(1); and 18 U.S.C. § 922 (g)(1). A hearing is currently set for Tuesday 11th January, 2022.

2. The parties are engaged in plea negotiations. These negotiations are ongoing, however the process undertaken by the parties towards an alternative disposition has been hampered by the Covid situation at the DC Jail. It is the parties' understanding that conditions at the jail will not facilitate the resumption of the disposition process until an estimated 14th January, 2022, at the earliest.

3. The parties have discussed a new hearing date. It is understood that the Court has availability Wednesday 26th January, 2022, at 4pm. We request the Court set the new status hearing for this available opening.

4. The defence agrees that the time limits mandated by 18 U.S.C. § 3161 are tolled for the period between the continued status hearing and the date agreed upon for the next hearing.

WHEREFORE, for the above reasons, the parties respectfully request that this Court grant this Motion to Continue Status Hearing in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Michael Old

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion to Continue Status Hearing and to Exclude Time Under the Speedy Time Act is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 10st day of January, 2022.

/s/ *Peter A. Cooper*

Peter A. Cooper